**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| FITZGERALD MAYHAN, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>against<br><br>TOMOCREDIT, INC.<br><br>Defendants. | Case No. 6:25-cv-01324 |

**PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X_______ **IS** related to a pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Sophia Ivy v. Tomocredit, Inc., Case No.* 8:24-cv-01904 (M.D. Fla.) (Filed March 06, 2024)

*Sophia Ivy v. Tomocredit, Inc., Case No.*:8:25-cv-01604 (M.D. Fla.) (Filed June 20, 2025)

________ **IS NOT** related to a pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

Dated: July 16, 2025

Respectfully submitted,

/s/ Joshua H. Eggnatz

Joshua H. Eggnatz, Esq.
Fla. Bar No.: 0067926
**EGGNATZ | PASCUCCI**
7450 Griffin Rd, Ste. 230
Davie, FL 33314
Tel: (954) 889-3359
Fax: (954) 889-5913
JEggnatz@JusticeEarned.com

*Lead Counsel for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of July 2025 I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Middle District of Florida and served a true and correct copy thereof on all counsel of record using the CM/ECF System.

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz