# Exhibit “A”

# TOMOCREDIT WEBSITE AND MOBILE APPLICATION TERMS OF USE

PLEASE READ THE FOLLOWING TERMS OF USE CAREFULLY BEFORE USING THIS WEBSITE OR MOBILE APPLICATION.

**Arbitration Notice: THESE TERMS OF USE CONTAIN AN ARBITRATION PROVISION WHICH WILL APPLY TO YOU UNLESS YOU REJECT IT AS PROVIDED BELOW. IF APPLICABLE, THE ARBITRATION PROVISION WILL SIGNIFICANTLY AFFECT YOUR RIGHTS IF A DISPUTE ARISES BETWEEN YOU AND TOMOCREDIT. FOR EXAMPLE, YOU WILL NOT BE ABLE TO BRING OR PARTICIPATE IN A CLASS ACTION RELATING TO MATTERS ARISING UNDER THESE TERMS AND CONDITIONS.**

As a convenience to you and conditioned on your acceptance of the terms, conditions, and notices contained herein (these “Terms of Use”), TomoCredit, Inc. (“TomoCredit”) grants you access to its website, which is accessible via https://tomocredit.com, mobile application, and other online services where these Terms of Use may be posted (the “Site”).

Please read these Terms of Use carefully. By accessing or using the Site, you agree to these Terms of Use. If you do not agree to these Terms of Use, you must exit the Site immediately and discontinue any use of the Site Content. For the purposes of these Terms of Use, “Site Content” means, collectively, any content, including any text, software, source code, applications, specifications, images, audio files, articles, and other information or content available on or through the Site.

By agreeing to these Terms of Use, you are also agreeing to be subject to the TomoCredit Privacy Policy, which is available at https://tomocredit.com/privacypolicy (the “Privacy Policy”) or posted in the mobile application and is incorporated by reference into these Terms of Use.

## PERSONAL AND NON-COMMERCIAL USE LIMITATION

Unless otherwise specified, the Site is intended only for your personal and non-commercial use. You may not (i) modify, copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works of, transfer, or sell the Site Content, other than for your use of the Site as expressly permitted in these Terms of Use; (ii) access or attempt to access any systems or servers on which the Site is hosted or modify or alter the Site in any way; (iii) forge headers, create a false identity, or otherwise manipulate identifiers in order to deceive others or disguise the origin of the Site Content; or (iv) use any device, software, or routine to interfere or attempt to interfere with the proper working of the Site or any business being conducted on the Site.

You may display and, subject to any expressly stated restrictions or limitations relating to specific Site Content, electronically copy, download, and print hard copy portions of the Site

Content solely for your own personal and non-commercial use. Any other use of the Site Content, including the modification, reproduction, distribution, republication, display, or transmission of the Site Content, without TomoCredit's prior written consent is strictly prohibited.

If you submit any unsolicited suggestions or materials, including any ideas, comments, suggestions, or the like (collectively, "User Content"), such User Content will be treated as non-confidential and non- proprietary. By submitting User Content to TomoCredit, you agree that TomoCredit is free to use the User Content for any purpose whatsoever, including developing, manufacturing, and marketing products and services using the User Content and/or editing, altering, broadcasting, posting, publishing, copying, disclosing, distributing, incorporating, and otherwise using User Content, without limitation and without compensating you. Furthermore, by submitting User Content to TomoCredit, you agree that you are giving up all intellectual property rights you have in such User Content, including any moral, publicity, and privacy rights.

To access the Site, you will need a working connection to the Internet via a web browser on your computer for which you are responsible for all costs, expenses, and fees.

The Site is not intended for use by persons in any jurisdiction or country where such use would be contrary to applicable laws or regulations. We may restrict your access to the Site during times you are in a country for which use of the Site would be prohibited. You are responsible for compliance with all local laws.

The Site is intended only for persons who have reached the age of majority in their state of residence. If you are unable to enter into a legally binding contract with TomoCredit, you are not permitted to use the Site.

**COPYRIGHTS**

The Site Content and the Site, including the selection and arrangements thereof, are copyrighted as a collective work under the United States and other copyright laws and are the sole property of TomoCredit and/or its licensors and are protected by patent, copyright and other intellectual property laws and may not be used except in accordance with these Terms of Use or with TomoCredit's prior written consent. Other than as necessary for your use of the Site in accordance with these Terms of Use, TomoCredit grants no other privileges or rights in the Site Content to you, and you must keep intact all patent, copyright, and other proprietary notices on the Site Content. The Site Content owned by TomoCredit's licensors may be subject to additional restrictions.

**TRADEMARKS**

All trademarks, service marks, trade names, and trade dress, whether registered or unregistered, (collectively, the "Marks") that appear on the Site are proprietary to TomoCredit or

other respective owners that have granted TomoCredit the right and license to use such Marks. You may not display or reproduce the Marks other than with TomoCredit's prior written consent, and you may not remove or otherwise modify any trademark notices from the Site Content.

**TERM & TERMINATION**

TomoCredit may, with or without cause, immediately terminate these Terms of Use and deny you access to the Site. Without limiting the foregoing, TomoCredit has the right to immediately terminate your right to access the Site in the event that you breach these Terms of Use or engage in conduct that TomoCredit, in its sole discretion, considers unacceptable. If these Terms of Use are terminated, you will no longer be authorized to access the Site. The provisions relating to Copyrights, Trademarks, Disclaimer, Limitation of Liability, Indemnification, Applicable Laws, and General shall survive any termination of these Terms of Use.

**THIRD PARTY LINKS**

The Site may contain links to other websites that are owned and operated by third parties (the "External Sites"). TomoCredit provides these links solely for your convenience. These links do not imply that TomoCredit sponsors, endorses, is affiliated with, or has been legally authorized to use any trademark, trade name, service mark, design, logo, symbol or other copyrighted materials displayed on or accessible through the External Sites.

TomoCredit has no control over the External Sites, even if they are owned and operated by third parties that are affiliated with TomoCredit. Each third party may have its own terms of service, and TomoCredit has no responsibility or liability for these practices or the content of any External Site. Therefore, you access the External Site at your own risk.

Nonetheless, TomoCredit seeks to protect the integrity of the Site and the links it places on the Site and, therefore, requests your feedback on any External Sites, including if a link to an External Site does not work. If you have any concerns regarding an External Site, you may also contact the administrator of that site.

**DISCLAIMER**

TomoCredit makes no representations or warranties about the accuracy, completeness, or suitability of the Site Content or the content of any External Sites. TomoCredit does not filter advertisements or other content that children may view on or through the Site or the External Sites.

THE SITE AND THE CONTENT, PRODUCTS, AND SERVICES PROVIDED VIA THE SITE, INCLUDING LINKS, ARE PROVIDED "AS IS" AND WITHOUT WARRANTIES OF ANY KIND,

WHETHER EXPRESS OR IMPLIED. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, TOMOCREDIT DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, TITLE, NON-INFRINGEMENT, FREEDOM FROM COMPUTER VIRUS, AND WARRANTIES ARISING FROM COURSE OF DEALING OR COURSE OF PERFORMANCE. TOMOCREDIT DOES NOT REPRESENT OR WARRANT THAT THE FUNCTIONS CONTAINED ON THE SITE WILL BE UNINTERRUPTED OR SECURE FROM UNAUTHORIZED ACCESS OR ERROR-FREE, THAT DEFECTS WILL BE CORRECTED, OR THAT THE SITE OR THE SERVER THAT MAKES THE SITE AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS OR SECURE FROM UNAUTHORIZED ACCESS. TOMOCREDIT DOES NOT MAKE ANY REPRESENTATIONS OR WARRANTIES REGARDING THE USE OF THE SITE CONTENT IN TERMS OF ITS COMPLETENESS, CORRECTNESS, ACCURACY, ADEQUACY, USEFULNESS, TIMELINESS, RELIABILITY, OR OTHERWISE. AS A CONDITION OF YOUR USE OF THE SITE, YOU WARRANT TO TOMOCREDIT THAT YOU WILL NOT USE THE SITE FOR ANY PURPOSE THAT IS UNLAWFUL OR PROHIBITED BY THESE TERMS OF USE.

**LIMITATION OF LIABILITY**

IN NO EVENT SHALL TOMOCREDIT, OR ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, SUPPLIERS, LICENSORS, AND THIRD PARTY PARTNERS, BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES, EVEN IF TOMOCREDIT HAS BEEN PREVIOUSLY ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, WHETHER IN AN ACTION UNDER CONTRACT, TORT, OR ANY OTHER THEORY ARISING OUT OF OR IN CONNECTION WITH ANY UNAVAILABILITY OR NONPERFORMANCE OF THE SITE, ERRORS, OMISSIONS, VIRUSES, OR MALICIOUS CODE. THESE LIMITATIONS WILL APPLY NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY LIMITED REMEDY. BECAUSE SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU. IN NO EVENT SHALL TOMOCREDIT'S LIABILITY FOR DAMAGES ARISING OUT OF OR RELATING TO YOUR USE OF THE SITE EXCEED TEN DOLLARS ($10).

**INDEMNIFICATION**

You agree to indemnify, defend, and hold harmless TomoCredit, its officers, directors, employees, agents, suppliers, licensors, and third-party partners from and against all losses, expenses, damages, and costs, including reasonable attorneys' fees, resulting from any violation of these Terms of Use.

**APPLICABLE LAWS**

Except as set forth in the Arbitration Provision below, your use of the Site shall be governed in all respects by the laws of New York, without regard to choice of law provisions.

**ARBITRATION PROVISION**

To the extent permitted under federal law, you and we agree that either party may elect to arbitrate – and require the other party to arbitrate – any Claim under the following terms.

**RIGHT TO REJECT:** You may reject this Arbitration Provision by mailing a personally signed rejection notice to TomoCredit, 535 Mission Street, Floor 14, San Francisco, CA 94105, certified mail, return receipt requested, within 60 days after the earlier of (i) date you initiate an application for products or services offered by or through us; or (ii) otherwise utilize any products or services offered by or through us. Any Rejection Notice must include your name, address, telephone number and, if applicable, any account number. No other person may submit a rejection notice for you. Rejecting this Arbitration Provision will not affect any other provision of these Terms of Use.

**IMPORTANT WAIVERS: If you or we elect to arbitrate a Claim, YOU AND WE BOTH WAIVE THE RIGHT TO: (1) HAVE A COURT OR JURY DECIDE THE CLAIM; (2) PARTICIPATE IN A CLASS ACTION IN COURT OR IN ARBITRATION, WHETHER AS A CLASS REPRESENTATIVE, CLASS MEMBER OR OTHERWISE; (3) ACT AS A PRIVATE ATTORNEY GENERAL IN COURT OR IN ARBITRATION; OR (4) JOIN OR CONSOLIDATE CLAIM(S) WITH CLAIMS INVOLVING ANY OTHER PERSON IN COURT OR IN ARBITRATION. Other rights are more limited in arbitration than in court or are not available in arbitration. The waivers in items (2)-(4) above are called the "Class Action and Multi-Party Waivers." The arbitrator shall have no authority to conduct any arbitration inconsistent with the Class Action and Multi-Party Waivers or to issue any relief that applies to any person or entity except you or us individually.**

**DEFINITIONS:** In this Arbitration Provision, the following definitions will apply: "**You**," "**your**" and "**yours**" mean all persons who use the Site, apply for our products and

services or otherwise use our products and services, and the heirs, executors and assigns of all of the foregoing. "**We**," "**us**," "**our**" and "**ours**" means TomoCredit and any party who offers products or services through TomoCredit, including any service provider or any agent acting on behalf of TomoCredit, Bank or similar party; all of their parents, wholly or majority owned subsidiaries and other affiliates; any predecessors, successors, and assigns of these entities; and all officers, directors, employees, agents, controlling persons and representatives thereof. These terms also include any party named as a co-defendant with us in a Claim (as defined below) asserted by you, such as a data aggregator or credit reporting agency. "**Claimant**" means the party who asserts or seeks to assert a Claim in a lawsuit or arbitration proceeding. "**Administrator**" means the American Arbitration Association (the "**AAA**"), 120 Broadway, Floor

21, New York, NY 10271, www.adr.org, or JAMS, 620 Eighth Avenue, 34th Floor, New York, NY 10018, www.jamsadr.com, provided that, if the Claimant seeks to assert a Claim in a class or multi-party basis, the Administrator must not have in place a formal or informal policy that is inconsistent with and purports to override the Class Action and Multi-Party Waivers set forth above (see the above Section A.). The Claimant will select the Administrator by filing a Claim with the Administrator of that party's choice. (If a Claimant files a lawsuit in court asserting Claim(s) that are subject to arbitration and the other party files a motion to compel arbitration, which is granted, it will be up to the Claimant to commence the arbitration proceeding.) If for any reason the selected Administrator is unable or unwilling to serve or continue to serve as Administrator, the other company will serve as Administrator. If neither the AAA nor JAMS is able or willing to serve as Administrator, you and we will mutually agree upon an Administrator or arbitrator, or the court will appoint the Administrator or arbitrator or arbitrators (in the case of a three-arbitrator panel provided for in Section G, below), subject to the limitations set forth above regarding the Class Action and Multi-Party Waivers.

**C.** A "**Claim**" means any legal claim, dispute or controversy between you and us that arises from or relates in any way to these Terms of Use, including, but not limited to, any dispute arising before the date of this Arbitration Provision and any dispute relating to: (1) they Site; (2) the events leading up to your use of the Site or any application for products or services from or through us (for example, any disclosure, advertisement, application, solicitation, promotion or oral or written statement, warranty or representation made by us); (3) an application for or denial of credit; (4) use of credit reports or other reports about you; (5) any product or service provided by or through us or third parties in connection and any associated fees; (6) our use or failure to protect any personal information you give us in connection with the Site or an application for products or services offered by or through us; (7) enforcement of any and all of the obligations a party hereto may have to another party; (8) compliance with applicable laws and/or regulations; or (9) the relationships resulting from the Site or any of the foregoing. "**Claim**" has the broadest possible meaning. It includes initial claims, counterclaims, cross-claims, third-party claims and federal, state, local and administrative claims and claims which arose before the effective date of this Arbitration Provision. It also includes disputes based upon contract, tort, consumer rights, fraud and other intentional torts, constitution, statute, regulation, ordinance, common law and equity and claims for money damages and injunctive or declaratory relief. However, "**Claim**" does not include any individual action brought by you in small claims court or your state's equivalent court, unless such action is transferred, removed, or appealed to a different court. **Also, "Claim" does not include disputes about the validity, enforceability, coverage or scope of this Arbitration Provision or any part thereof (including, without limitation, this sentence, the Class Action and Multi-Party Waivers or, subparts (1) and (2) of Section J below, captioned "SEVERABILITY"); all such disputes are for a court and not an arbitrator to decide. Notwithstanding the foregoing, the term "Claim" includes any dispute about the validity or enforceability of these Terms of Use, as a whole; any such Claim is for the arbitrator, not a court, to decide.**

**ELECTING OR REQUIRING ARBITRATION:**

The Claimant may elect arbitration of a Claim by initiating an arbitration in accordance with the Administrator's rules. The other party may elect arbitration by giving written notice of an election to arbitrate. This notice may be given after a lawsuit has been filed and may be given in papers or motions in the lawsuit. If such a notice is given, the Claim shall be resolved by arbitration under this Arbitration Provision and the applicable rules of the Administrator then in effect. It will be up to the Claimant to commence the arbitration proceeding. Even if all parties have opted to litigate a Claim in court, you or we may elect arbitration with respect to any Claim made by a new party or any Claim later asserted by a party in that or any related or unrelated lawsuit (including a Claim initially asserted on an individual basis but modified to be asserted on a class, representative or multi-party basis). Nothing in that litigation shall constitute a waiver of any rights under this Arbitration Provision. The arbitrator will be selected under the Administrator's rules, except that the arbitrator must be a lawyer with at least ten years of experience or a retired judge, unless you and we agree otherwise.

**LOCATION AND COSTS:**

Any arbitration hearing that you attend will take place in a location that is reasonably near your residence or in another location agreed to by you and us. We will consider (and generally honor) any good faith request to bear the fees charged by the Administrator and the arbitrator. We will pay the reasonable and actual expense of our attorneys, experts and witnesses, regardless of which party prevails in the arbitration, and we will pay all such reasonable and actual fees of yours if you prevail in an arbitration where you are the Claimant (even if we are not required to pay such fees under applicable law). We will also pay all such fees we are required to bear: (1) under applicable law; or (2) in order to enforce this Arbitration Provision.

**DISCOVERY; GETTING INFORMATION:**

In addition to the parties' rights to obtain discovery pursuant to the applicable arbitration rules, either you or us may submit a written request to the arbitrator to expand the scope of such discovery. The arbitrator shall have discretion to grant or deny such request. Notwithstanding the foregoing, the following limitations on discovery and the exchange of information will apply at all times: (i) neither party shall take the deposition of more than three (3) individuals unless, upon a showing of extraordinary cause, the arbitrator permits that side to take a limited number of additional depositions; (ii) each party shall be entitled to the limited, timely discovery of documents (including electronically stored information) which are directly relevant and material to the dispute and are produced in response to a request that is narrowly tailored to minimize both the burden and expense of the responding person and the disclosure of confidential, sensitive, or financial information; (iii) neither party shall propound interrogatories or requests for admission unless permitted by the arbitrator upon a showing of extraordinary cause; and (iv) upon the request of either party, the arbitrator shall weigh the anticipated burden or expense of any requested discovery against its likely benefit, and shall impose any reasonable conditions

on that discovery, including, without limitation, allocation of the expense of the discovery to the party seeking it.

**EFFECT OF ARBITRATION AWARD:**

Any state or federal court with jurisdiction and venue may enter an order enforcing this Arbitration Provision, enter judgment upon the arbitrator's award and/or take any action authorized under the Federal Arbitration Act, 9 U.S.C. §§1 *et seq.* (the "**FAA**"). For any arbitration-related proceedings in which courts are authorized to take actions under the FAA, each party hereto expressly consents to the non-exclusive jurisdiction and venue of any state court of general jurisdiction or any state court of equity that is reasonably convenient to you, provided that the parties to any such judicial proceeding shall have the right to initiate such proceeding in federal court or remove the proceeding to federal court if authorized to do so by applicable federal law. The arbitrator's award will be final and binding, except for: (1) any appeal right under the FAA; and (2) Claims involving more than $50,000. For Claims involving more than $50,000 (including claims where the cost of any requested injunctive or declaratory relief would potentially exceed $50,000), if permitted by the rules of the Administrator, any party may appeal the award to a three-arbitrator panel appointed by the Administrator, which will reconsider *de novo* any aspect of the initial award that is appealed. The panel's decision will be final and binding, except for any appeal right under the FAA. Costs of any appeal will be governed by Section E above. No arbitration award involving the parties will have any preclusive effect as to issues or claims in any dispute involving anyone who is not a party to the arbitration, nor will an arbitration award in prior disputes involving other parties have preclusive effect in an arbitration between the parties to these Terms of Use.

**ARBITRATION PROCEDURE:**

This Arbitration Provision is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA, and not by any state law concerning arbitration. The arbitrator shall follow applicable substantive law to the extent consistent with the FAA, applicable statutes of limitation and applicable privilege rules, and shall be authorized to award all remedies permitted by applicable substantive law, including, without limitation, compensatory, statutory and punitive damages (subject to constitutional limits that would apply in court), declaratory, injunctive and other equitable relief, and attorneys' fees and costs. Upon the timely request of either party, the arbitrator shall write a brief explanation of the basis of his or her award. The arbitrator will follow rules of procedure and evidence consistent with the FAA, this Arbitration Provision and the Administrator's rules.

**SURVIVAL; PRIMACY:**

This Arbitration Provision shall survive our sale, assignment or transfer of the Site. In the event of any conflict or inconsistency between this Arbitration Provision and the Administrator's rules or these Terms of Use, this Arbitration Provision will govern.

**SEVERABILITY:**

If any portion of this Arbitration Provision cannot be enforced, the rest of the Arbitration Provision will continue to apply, except that (1) the entire Arbitration Provision (other than this sentence) shall be null and void with respect to any Claim asserted on a class, representative or multi-party basis if the Class Action and Multi-Party Waivers are held to be invalid, subject to any right to appeal such holding, and (2) if a Claim is brought seeking public injunctive relief and a court determines that the restrictions in the Class Action and Multi-Party Waivers prohibiting the arbitrator from awarding relief on behalf of third parties are unenforceable with respect to such Claim (and that determination becomes final after all appeals have been exhausted), the Claim for public injunctive relief will be determined in court and any individual Claims seeking monetary relief will be arbitrated. In such a case the parties will request that the court stay the Claim for public injunctive relief until the arbitration award pertaining to individual relief has been entered in court. In no event will a Claim for public injunctive relief be arbitrated.

**NOTICE OF CLAIM; RIGHT TO RESOLVE; SPECIAL PAYMENT:**

Prior to initiating, joining or participating in any judicial or arbitration proceeding, whether individually, as a class representative or participant or otherwise, regarding any Claim, the Claimant shall give the other party written notice of the Claim (a "**Claim Notice**") and a reasonable opportunity, not less than 30 days, to resolve the Claim. Any Claim Notice you send must include your name, address, and telephone number. Any Claim Notice must explain the nature of the Claim and the relief that is demanded. You may only submit a Claim Notice on your own behalf and not on behalf of any other party. The Claimant must reasonably cooperate in providing any information about the Claim that the other party reasonably requests. If: (i) you submit a Claim Notice in accordance with this paragraph on your own behalf (and not on behalf of any other party); (ii) we refuse to provide the relief you request before an arbitrator is appointed; and (iii) an arbitrator subsequently determines that you were entitled to such relief (or greater relief), the arbitrator shall award you at least $7,500 plus any arbitration fees and attorneys' fees and costs to which you may be entitled under this Arbitration Provision or applicable law.

**CONFLICT:**

To the extent of any conflict between the terms of the Arbitration Provision in these Terms of Use and an arbitration provision in any cardholder agreement or other agreement for products or services that you may enter with or through us, the arbitration provision of such other agreement will supersede and control this Arbitration Provision.

**UPDATES:**

You agree that TomoCredit may update these Terms of Use at any time without prior notice to you. You can determine when these Terms of Use were last updated by referring to the “LAST UPDATED” information that appears at the top of these Terms of Use. Any updates will become effective when we post the updated version of these Terms of Use on the Site. Your continued use of the Site after we post an updated version of these Terms of Use signifies your acceptance of the updated version.

**GENERAL:**

TomoCredit’s failure to insist upon or enforce strict performance of any provision of these Terms of Use shall not be construed as a waiver of any provision or right. TomoCredit may assign its rights and duties under these Terms of Use to any party at any time without notice to you. Certain provisions of these Terms of Use may be superseded by expressly designated legal notices or terms located on particular pages of the Site. If any provision of these Terms of Use is held to be invalid, illegal, or unenforceable in any respect under any applicable law or rule in any jurisdiction, such invalidity, illegality, or unenforceability will not affect the validity, legality, or enforceability of that or any other provision in any other jurisdiction, and these Terms of Use will be reformed, construed, and enforced in such jurisdiction as if such provision had never been contained herein. You agree that no joint venture, partnership, employment, or agency relationship exists between you and TomoCredit as a result of these Terms of Use or your use of the Site. TomoCredit’s performance of these Terms of Use is subject to existing laws and legal process and nothing contained in these Terms of Use is in derogation of TomoCredit’s right to comply with law enforcement requests or requirements relating to your use of the Site. These Terms of Use constitute the entire agreement between you and TomoCredit with respect to the Site and they supersede all prior or contemporaneous communications and proposals, whether electronic, oral or written, between you and TomoCredit with respect to the Site.