IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| FITZGERALD MAYHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOMOCREDIT, INC.,<br><br>Defendant. | ) | CIVIL ACTION<br>NO. 6:25-CV-1324-CEM-RMN |

**DECLARATION OF SOYEON KIM**

1. I have personal knowledge of the facts set forth in this Declaration and know them to be true and correct. I am over the age of eighteen, suffering from no disabilities, and I am competent to execute this Declaration.

2. I am the Chief Executive Officer of TomoCredit Inc. ("Tomo"). I am also the founder of Tomo and have overseen its business operations since its inception.

3. I make this Declaration in support of Tomo's Motion to Compel Arbitration in the above captioned case.

4. Tomo is a fintech company that offers customers credit-building solutions. Customers applying for Tomo's services must first complete a multi-step Application Process, including providing their personal information, verifying their identification, and providing their telephone number and address.

5. After prospective Customer has completed each step in the Application Process, a customer is taken to a page captioned "Review Your Application" where they must accept and agree to Tomo's terms and conditions, which includes a mandatory individual arbitration provision and a class action waiver provision, in order to submit their application.

6. Specifically, at the time Plaintiff applied for Tomo's services, customers were required to accept these terms and conditions on the "Review Your Application" page by affirmatively checking a box that certifies that the user is over 18 years of age and agrees to three items: "Terms of Use," "Privacy Policy," and "e-Sign." The three items have hyperlinked text that allows the user to click on them and review the documents contained therein. This allows the user to review the terms of use – and the arbitration agreement – before deciding

whether to accept those terms and submit their application. A true and correct screenshot of the "Review Your Application" page is attached hereto as Exhibit A.

7. I have conducted a diligent search of the business records of Tomo to investigate the claims alleged by the plaintiff, Fitzgerald Mayhan ("Mayhan"), in the complaint filed in the above captioned case.

8. As part of my search, I located a customer application record in the electronic record keeping systems operated by Tomo in the regular course of its business operations, which was associated with the name Fitzgerald Mayhan and an address of 10450 Turkey Lake Road, Unit 691422, Orlando, Florida 32819.) ("Mayhan Application Record"). A true and correct screenshot image of the materially relevant portions of the Mayhan Application Record is attached hereto as Exhibit B.

9. In these respects, the Mayhan Application Record corresponds to the allegations in the Complaint identifying Mayhan's domicile located in Orange County, Florida.

10. The Mayhan Application Record was made at or near the time Mayhan completed the application process based on information provided by Mayhan. The Mayhan Application Record was kept in the course of Tomo's regularly conducted business activities, and it was a regular practice of those activities for Tomo to make the Mayhan Application Record.

11. The Mayhan Application Record reflects that Mayhan initiated an online application for services offered by Tomo on or about September 1, 2021 and completed it on September 1, 2021. This is also confirmed by metadata in the underwriting file ("Mayhan Metadata"). A true and correct copy of the Mayhan Metadata is attached hereto as Exhibit C.

12. The Mayhan Application Record also reflects that when Mayhan initiated the application for Tomo's services, he completed each step of the application process by providing his "Basic Info," verifying his phone number, and linking his bank account, among other things. After he completed all of these steps, he was directed to check a box on the "Review Your Application" page shown in Exhibit B and subsequently agreed to Tomo's terms and conditions in the same manner described above when he submitted his application.

13. Although Mayhan's application was ultimately rejected (because his checking account balance was below a certain threshold and the social security number he provided was connected to multiple identities which raised concerns for know your customer [KYC] compliance and fraud), his application was not fully submitted to Tomo (for final review and approval) until he provided all of his personal information and checked the box on the "Review Your Application" screen agreeing to Tomo's terms and conditions.

14. Put simply, Tomo's review and the underwriting process only begins once a customer submits their application by completing all required steps, including acceptance of Tomo's

terms and conditions, which include the arbitration agreement that Mayhan consented to when he submitted his application.

15. I have conducted a diligent search of Tomo's business records and did not locate an arbitration rejection notice from Mayhan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of September, 2025.

DocuSigned by:
Soyeon Kim
7262CE558FD6452...

SOYEON KIM
Chief Executive Officer
TomoCredit Inc.

# Exhibit "A"


tomo.
5
Review Your Application
[redacted]
DOB: [redacted]
SSN: [redacted]
[redacted]
[redacted]
Bank accounts
[redacted]
+ Add more
By continuing I certify that I am 18 years of age, and I agree to the Terms of Use, Privacy Policy, and e-Sign.
Submit

# Exhibit "B"

# Fitzgerald Mayhan

| Step (edit) | Status |
|---|---|
| 0. Basic Info | complete |
| 1. Verify Phone | complete |
| 2. Address | complete |
| 3. Personal Information | complete |
| 4. Verify Id | complete |
| 5. Link Bank | complete |
| 6. Student | complete |
| 7. Confirm | complete |

Nothing to Save

| | |
|---|---|
| Submission date: | 9/1/2021 |
| Most recent submission: | 9/1/2021 |
| Last reviewed: | 9/1/2021 |

Update Review

edit name

[redacted]

Edit Email

[redacted]

Status: **REJECTED**

Autopay Group: **UNKNOWN**

**Phone Number:** [redacted] Edit

**Date of Birth:** [redacted] Edit

Enter users last 4 SSN

**Billing address**

[redacted]

Apt/Suite/Unit # (if applicable)

ORLANDO

Florida 32819

**Shipping address**

☐ Same as billing

[redacted]

Apt/Suite/Unit # (if applicable)

ORLANDO

Florida 32819

Save address

# Exhibit “C”

# Fitzgerald Mayhan: [redacted]

Created_at: 2021-09-01T16:08:51.719Z,

